Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey, Esq. (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> URBAN ONE, INC.; BOSSIPMADAMENOIRE, LLC, individually and dba Bossip.com and Globalgrind.com; et al., <br><br> Defendants. | Case No.: 2:21-cv-01133-JVS-E <br> _Hon. James V. Selna Presiding_ <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached.

The parties anticipate the filing of a Stipulated Dismissal of the Action within 30 days. In the interim, the parties respectfully request that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Date: September 29, 2021          By:    /s/ *Stephen M. Doniger*
                                        Stephen M. Doniger, Esq.
                                        Benjamin F. Tookey, Esq.
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff

Date: September 29, 2021          By:    /s/ *Kevin A. Crisp*
                                        Andrew P. Zappia, Esq.
                                        andrew.zappia@troutman.com
                                        Kevin A. Crisp, Esq.
                                        kevin.crisp@troutman.com
                                        TROUTMAN PAPPER HAMILTON
                                        SANDERS LLP
                                        5 Park Plaza
                                        Suite 1400
                                        Irvine, CA 92614
                                        Telephone: (949) 567-3537

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 29, 2021          By:    /s/ *Benjamin F. Tookey*
                                        Benjamin F. Tookey, Esq.