| | |
|---|---|
| Stephen M. Doniger (SBN 179314) | Kevin A. Crisp (SBN 261023) |
| stephen@donigerlawfirm.com | kevin.crisp@troutman.com |
| Benjamin F. Tookey (SBN 330508) | TROUTMAN PEPPER HAMILTON |
| btookey@donigerlawfirm.com | SANDERS LLP |
| DONIGER / BURROUGHS | 5 Park Plaza, Suite 1400 |
| 603 Rose Avenue | Irvine, CA 92614 |
| Venice, CA 90291 | Telephone: (949) 567-3537 |
| Telephone: (310) 590-1820 | |
| | Andrew P. Zappia |
| | andrew.zappia@troutman.com |
| | TROUTMAN PEPPER HAMILTON |
| | SANDERS LLP |
| | 70 Linden Oaks, Suite 210 |
| | Rochester, NY 14625 |
| | Telephone: (585) 270-2102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> URBAN ONE, INC.; BOSSIPMADAMENOIRE, LLC, individually and dba Bossip.com and Globalgrind.com; et al., <br><br> Defendants. | Case No.: 2:21-cv-01133-JVS-E <br> <u>Hon. James V. Selna Presiding</u> <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE THAT the Parties hereby stipulate to the
4  dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: October 1, 2021   By:   /s/ Stephen M. Doniger
                                Stephen M. Doniger, Esq.
                                Benjamin F. Tookey, Esq.
                                DONIGER / BURROUGHS
                                Attorneys for Plaintiff

Dated: October 1, 2021   By:   /s/ Kevin A. Crisp
                                Kevin A. Crisp, Esq.
                                Andrew P. Zappia, Esq.
                                Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 1, 2021   By:   /s/ Benjamin F. Tookey
                                 Benjamin F. Tookey, Esq.